# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | |
| | § | |
| V. | § | CASE NO. 4:10CV344 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| SOKA VOTH | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be GRANTED and the case should be REMANDED to County Court at Law No. 3 for Collin County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand is GRANTED and the case is REMANDED to County Court at Law No. 3 for Collin County, Texas.

**IT IS SO ORDERED.**

**SIGNED this 21st day of September, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE